THE STATE EX REL. SMITH, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Smith v. Indus. Comm.*
(2001), 91 Ohio St.3d 568.]

(No. 00–1688—Submitted April 24, 2001—Decided June 6, 2001.)

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**DOUGLAS, J., dissenting.** I respectfully dissent. I would reverse the judgment of the court of appeals and adopt the decision of the magistrate.

RESNICK and F.E. SWEENEY, JJ., concur in the foregoing dissenting opinion.

*John Anthony Bull,* for appellant.

*Betty D. Montgomery,* Attorney General, and *William J. McDonald,* Assistant Attorney General, for appellee.